

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00475-CV

**IN THE INTEREST OF N.F.M.** and S.R.M., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00070
Honorable John D. Gabriel Jr., Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED March 6, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Antonia Arteaga is the presiding judge of the 57th Judicial District Court, Bexar County, Texas. However, the Honorable John D. Gabriel, retired and sitting by assignment, signed the order of termination that is the subject of this appeal.